IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORENZO LOPEZ,<br><br>  *Plaintiff*,<br><br>v.<br><br>JOHN ROBERT SROMOVSKY *et al.*,<br><br>  *Respondents*. | CIVIL ACTION<br>NO. 17-2183 |

## ORDER

**AND NOW**, this 29th day of August, 2017, upon consideration of Defendants' Motion to Dismiss, (ECF No. 7), and Plaintiff's Amended Complaint, (ECF No. 8), it is **ORDERED** that the Motion to Dismiss, (ECF No. 7), is **DENIED as moot**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.