# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORENZO LOPEZ,<br><br>   *Plaintiff*,<br><br>v.<br><br>JOHN SROMOVSKY, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION<br>No. 17-2183 |

## **ORDER**

**AND NOW**, this 27th day February, 2018, after consideration of Defendant's Motions to Dismiss, (ECF No. 11), and Plaintiff's response, (ECF No. 12), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff may file a Second Amended Complaint, consistent with the attached memorandum, on or before **March 13, 2018**.

              BY THE COURT:

              ***/s/ Gerald J. Pappert***
              GERALD J. PAPPERT, J.