IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORENZO LOPEZ,

    *Plaintiff*,

v.

JOHN SROMOVSKY, *et al.*,

    *Defendants*.

CIVIL ACTION
No. 17-2183

## ORDER

**AND NOW**, this 27th day June, 2018, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 18), Plaintiff's Memorandum in Support of Motion for Default Judgment (ECF No. 27), and following an evidentiary hearing (ECF No. 26), it is hereby **ORDERED** that:

1. The Motion is **GRANTED in part and DENIED in part**;

2. Judgment is entered for Lopez and against Sromovsky on Counts II, VI and VII for assault, excessive force and retaliation and for Sromovsky and against Lopez on Count III for intentional infliction of emotional distress; and,

3. Judgment is entered for Lopez in the amount of $5,000 in compensatory damages and $15,000 in punitive damages.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.