IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LORENZO LOPEZ, | |
|---|---|
| *Plaintiff*, | |
| v. | CIVIL ACTION NO. 17-2183 |
| JOHN ROBERT SROMOVSKY, | |
| *Defendant*. | |

## ORDER

**AND NOW**, this 28th day of February, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 47) and Plaintiff's Response (ECF No. 49), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.